| | | | |
|---|---|---|---|
| Com. v. Shelton | 1343 MDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 07/22/2016 | CP–01–CR–0000732–2014<br>CP–01–CR–0001196–2014<br>(Adams) |
| Com. v. Snyder [41] | 1399 MDA 2015<br>Affirmed | 07/22/2016 | CP–36–CR–0001610–2014<br>CP–01–CR–0005397–2014<br>(Lancaster) |
| Com. v. Haskins [42] | 1519 MDA 2015<br>Affirmed | 07/22/2016 | CP–22–CR–0003972–2010<br>(Dauphin) |
| Com. v. Becker | 1626 MDA 2015<br>Affirmed | 07/22/2016 | CP–36–CR–0001807–2014<br>CP–36–CR–0001811–2014<br>(Lancaster) |
| Com. v. Kauffman [43] | 1632 MDA 2015<br>Affirmed and<br>Vacated | 07/22/2016 | CP–67–CR–0005881–2014<br>(York) |
| Com. v. Rojo | 1846 MDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 07/22/2016 | CP–01–CR–0000237–2010<br>(Adams) |
| Com. v. Brickhouse | 1888 MDA 2015<br>Affirmed | 07/22/2016 | CP–14–CR–0000395–2015<br>(Centre) |
| Com. v. Britton | 1974 MDA 2015<br>Affirmed | 07/22/2016 | CP–22–CR–0000013–2005<br>(Dauphin) |
| Com. v. Wright | 1993 MDA 2015<br>Affirmed | 07/22/2016 | CP–67–CR–0005644–2014<br>(York) |
| Com. v. Breese | 2083 MDA 2015<br>Vacated and<br>Remanded | 07/22/2016 | CP–08–CR–0000607–2014<br>(Bradford) |
| Ilgenfritz v. PA State Police | 2092 MDA 2015<br>Vacated | 07/22/2016 | 2014–SU–004489–49<br>(York) |
| Com. v. Dent | 2148 MDA 2015<br>Affirmed | 07/22/2016 | CP–18–CR–0000156–2009<br>(Clinton) |
| Com. v. Kerns [44] | 131 MDA 2016<br>Affirmed | 07/22/2016 | CP–06–CR–0000371–2001<br>(Berks) |
| Shough v. Sidonis | 142 WDA 2015<br>Quashed | 07/22/2016 | No. A.D. 949, 2012<br>(Greene) |

41. Petition for reargument denied October 03, 2016.
42. Petition for reargument denied September 29, 2016.
43. Petition for reargument denied September 07, 2016.
44. Petition for reargument denied October 03, 2016.